UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN AT SOLANO STATE PRISON,<br><br>　　　　Respondent. | Case No. 24-cv-04465-TLT<br><br>**ORDER OF DISMISSAL; DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF 1. The Court dismissed the petition, finding it stated no cognizable federal claims, but allowed the petitioner twenty-eight days to file an amended petition. ECF 6. The deadline has passed, and petitioner has not submitted an amended petition. The Court therefore dismisses this action without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. If petitioner seeks to reopen this action, he must file a motion in this action, requesting leave to reopen this action and accompanied by an amended petition. The Clerk shall enter judgment and close the file.

The Court finds that no "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: January 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge